# EXHIBIT A

9/22/2018                                                                 Print Window

**Subject:** Re: School Safety Concern
**From:** powerstrokecaly@yahoo.com
**To:** amanda.bollinger@jordandistrict.org
**Cc:** superintendent@jordandistrict.org; candie.checketts@jordandistrict.org; kami.ridd@jordandistrict.org; fulvia.franco@jordandistrict.org; raeanna.kirk@jordandistrict.org; sarah.roper@jordandistrict.org; kristy.hernandez@jordandistrict.org; nancy.ward@jordandistrict.org; amelia.mcclelland@jordandistrict.org
**Bcc:** f.marcus551@gmail.com; wadewatkins@rocketmail.com
**Date:** Thursday, April 19, 2018, 6:17:15 AM PDT

Amanda,

Wade and myself understand and keep hearing safety is a top priority at Butterfield Canyon, yet issues after issues keep arising that puts K___ W___ in immediate danger, none of which we have instigated. Jordan School District and Butterfeild Canyon enforces policy over safety for the student.

I check in and out every single day, yesterday was an emergency situation which K___'s safety was top priority. I will absolutely not check in when there is an emergency with K___'s health. Safety is the top priority right? So I should check in, stick my badge on THEN see if he's plummeting to a dangerously low blood glucose level? Absurd. Will you please explain "safety" maybe I'm not understanding.

I was a disruption to students, testing and faculty? Incorrect. The students were sitting on the floor in the hall. Yes, there easily could have been an extremely horrific disruption if K___ had lost consciousness, glucagon was administered and an ambulance had arrived at the scene. All because I followed Jordan School District's policy by checking in, a policy which could harm our child during an emergency health situation. Common sense. I'm not sure you fully understand with Type 1 Diabetes every second counts. Life or death. Everyone involved during the incident should be thankful that his blood sugar was 88 and he was SAFE. Not threatening a parent by limiting access to their child.

By law we have every right to enter the building and make sure our child with a disability is safe. I would love to discuss with the School Resource Officer and explain how the incident took place. How K___'s nurse was denied access to her patient to attend to his medical needs, in which she had to call me to see what she needed to do. Butterfield Canyon violated K___'s 504 Plan. I'm always in the building between 11:40-12:40 daily.

Other parents of children with Type 1 Diabetes in the state are given background checks and security access badges because of their need to frequently access their child.

Caly and Wade Watkins

Sent from my iPhone

On Apr 18, 2018, at 7:35 PM, Amanda Bollinger <amanda.bollinger@jordandistrict.org> wrote:

Caly,

I need to follow up with you about the incident that occurred yesterday at school to give you a few reminders.

As you know, safety is a top priority at Butterfield Canyon Elementary. To assure the safety of our students, it is required that all visitors check in and out of our main office per Utah Code 53A-3-503 & 76-9-106 (as posted by the front doors). I made you aware of this expectation on 10/23/17 when I found out that you had

been having Sally, an agency nurse, let you into the school through the 1st grade door. I reminded you again on 10/27/17 when you asked Sally to bring K▮▮▮ to the 1st grade doors for you to administer his insulin. On 10/30/17 I confirmed with you, after checking with the district, that you would indeed need to check in and out of the main office and not with the nurse as you had requested.

I am charged with the responsibility to maintain an orderly school and to prevent disruptions for our students, faculty and staff. When you entered the building yesterday (4/17/18) without permission by not checking into the office, it caused a disruption to our DIBELS testing, school, faculty and students, which is unacceptable.

Please remember that it is a privilege for parents to be in the school and one that I would like to continue to offer to you. However, in order to maintain this privilege, it is required that you follow our school procedures of checking into the main office before entering our school. It is also expected that you do not disrupt the learning environment of our school. If you choose to disregard this requirement, then I will be forced to limit your access to our school.

I have shared my concerns with our School Resource Officer who helps us enforce school safety and he would be happy to discuss the privilege of entering our school with you if needed. My hope is that you will elect to follow this request.

Thank you for your understanding,

—

**Amanda Bollinger**
Principal
Butterfield Canyon Elementary
Jordan School District
801-254-0737
"You must be the change you want to see in the world." -Gandhi