# EXHIBIT B

August 31, 2018

Dear Mr. & Mrs. Watkins:

This letter is in regard to the District's continued provision of nursing services to K███ in connection with the management of his diabetes.

As you know, K███'s Diabetes Medical Management Order (DMMO) expires on September 5, 2018. In order to continue to provide services we need both of the following documents submitted before the start of the school day on September 5, 2018: (1) a signed Jordan School District Nursing Services Request for Special Health Care Services and Release of Confidential Information ("Nursing Services Form"); and (2) a current Diabetes Medical Management Order from K███'s physician.

K███ will be unable to attend school until both documents are signed and provided to us.

We have requested these materials on multiple prior occasions:

- On July 23, 2018 Sarah Roper, RN, emailed you requesting an updated DMMO;
- On July 27, 2018 Ms. Roper emailed you again requesting the DMMO and offered to request it directly from Primary Children's Medical Center;
  - Mrs. Watkins responded that she would provide the DMMO;
- On July 30, 3018 Ms. Roper emailed you again about the DMMO;
- On August 9, 2018 Ms. Roper emailed you again about the DMMO;
  - Mrs. Watkins responded that the DMMO is not ready yet;
- On August 15, 2018, Ms. Roper emailed you requesting that the DMMO be provided prior to the Health Care Plan meeting scheduled for August 17, 2018;
  - No reply was received
- In the August 17, 2018 meeting regarding the Health Care Plan Mrs. Watkins stated that Dr. Murray was still working on the DMMO. Ms. Roper informed you that per Board policy, the old one could be used for 10 days, and that the new DMMO would be needed by September 5, 2018 in order to continue to administer medication at school;
- On August 27, 2018, Ms. Roper received an email from Dr. Murray stating that she would like the school and the parents to agree on a medical plan and that she would sign it;
- In an email you sent to Amanda Bollinger and others on August 28, 2018 you refused to sign the Nursing Services Form. You also placed a number of constraints on the ability of District/school nursing staff to speak with Dr. Murray.

You have asserted that signing the Nursing Services Form is voluntary. As you know, the form states:

> Signing this release is voluntary. Refusing to sign it will not affect the school or district's commitment to provide a quality education for the student. *However, the requested records and permission to communicate with the student's licensed health care provider*

*may be required in order for the school to implement an appropriate plan of education, learning accommodations/modifications, and/or health care.*

The form also states:

I further understand that *health care services will not be provided by Jordan School District personnel prior to* the submission of a primary health care provider's statement, If requested, and *the development of a Health Care Plan by a Jordan School District nurse in conjunction with communication with the licensed health care provider*, as needed.

Given the extensive nature of K███'s diabetes management orders, appropriate health care services cannot be provided by the District absent effective two-way communication between the District and K███'s medical providers. You previously revoked that consent. The limitations you have attempted to place on those communications in connection with the signing of a new Nursing Services Form are not reasonable, do not allow the District to meet its professional obligations, and place an undue administrative burden on the District and its nursing staff.

The District is ready, willing, and able to fully accommodate K███'s disability and to provide nursing services to K███ at school upon submission of the requested information.

However, if we do not have a DMMO and a completed Nursing Services Form in hand by September 5, 2018, we will be unable to serve K███ at school. The alternative would be the provision of educational services at home pursuant to the District's Home & Hospital Program.

You have a right to address any disagreements with this decision through the District's 504 Grievance Procedures, a copy of which are enclosed.

Sincerely,

Nancy Ward

Educational Support Services

c:      504 Team