DARIN B. GOFF (11355)
DIANA F. BRADLEY (14603)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail:  dgoff@agutah.gov
        dbradley@agutah.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CALY WATKINS as legal guardian of K.W.,<br><br>           Plaintiff,<br><br>v.<br><br>JORDAN SCHOOL DISTRICT; DR. PATRICE JOHNSON, in her official capacity as Superintendent of Jordan School District; JORDAN SCHOOL DISTRICT BOARD OF EDUCATION; BRYCE DUNFORD, in his official capacity as President of the Jordan School District Board of Education; and ANTHONY GODFREY, in his individual AND official capacity as Associate Superintendent of Jordan School District;<br><br>           Defendants. | **NOTICE OF WITHDRAWAL**<br><br>Case No. 2:19-cv-00407-PMW<br><br>Magistrate Judge Paul M. Warner |

Diana F. Bradley of the Utah Attorney General's Office hereby informs the Court, counsel, and all parties that she withdraws as counsel for Jordan School District, Jordan School District Board of Education, Anthony Godfrey, Bryce Dunford, and Amanda Bollinger in this matter. Darin Goff, Assistant Utah Attorney General continues to represent Jordan School District, Jordan School District Board of Education, Anthony Godfrey, Bryce Dunford, and Amanda Bollinger and is aware of all pending deadlines.

RESPECTUFULLY SUBMITTED this 3rd day of January, 2020.

OFFICE OF THE
UTAH ATTORNEY GENERAL

/s/ Diana F. Bradley
DIANA F. BRADLEY
Assistant Utah Attorney General
*Attorney for State Defendants*