# EXHIBIT F

# FabianVanCott

JOAN M. ANDREWS
Attorney
Direct Dial: 801-323-2263
Facsimile: 801-596-2814
jandrews@fabianvancott.com

December 21, 2018

**_VIA Email Only_**

Nate Crippes
Disability Law Center

  Re: **Follow Up re KW Diabetes Management Issues**

Dear Nate:

  On behalf of Jordan School District, I believe we are close to being able to resolve the issues related to the management of K___ W___'s diabetes.

  After a great deal of deliberation and further investigation, I can communicate that the District is in fact willing to reconsider its position regarding the necessity of storing KW's pre-filled insulin syringes in a lockbox in his medical bag. Although the District remains concerned about the safety considerations that have previously been communicated, and continues to believe those concerns are both reasonable and significant, it is also willing to consider alternatives short of locked storage.

  Therefore, as we previously discussed, the only real remaining hurdle has to do with the language of the DMMO. As I had communicated in our phone conversation last month, although Dr. Murray's DMMO of November 21, 2018 adequately addressed the issue of the pre-filled syringes, the otherwise stock language of the DMMO is inappropriate in a couple of respects. I have attached a pdf with my notations regarding the language issues that remain to be resolved. Most significantly, based upon the language of the DMMO it is not clear that Dr. Murray understands that there will be no individual health care plan in place for K___ where the family has declined to sign the required paperwork authorizing the provision of nursing services. This means that the only involvement of the school as it relates to the medical management of K___'s diabetes would be with respect to the possible administration of emergency glucagon as per 53G-9-504.

  The current DMMO expressly mentions an individual health care plan. However, an individual health care plan and associated nursing services/oversight is provided only under the supervision of a school nurse. We do not want there to be any ambiguity in the DMMO – from the District's perspective, its sole purpose is to certify that K___ is

215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323
Tel: 801.531.8900   Fax: 801.596.2814
www.fabianvancott.com

entirely capable of self-managing, and that it is therefore medically appropriate for him to be in possession of diabetes medication (including the pre-filled syringes and emergency glucagon) at all times.

My suggestion would be that you or the family provide my mark-up of the November 21, 2018 DMMO to Dr. Murray, and that if necessary, we schedule a conference call with you, me, and Dr. Murray to address any questions/concerns she might have about the clarifications being requested by the District. Once that is clarified, the District would like the final DMMO to be signed in ink, and mailed by Dr. Murray's office directly to the District, and not just delivered electronically.

Finally, I do also want to clarify that it is the District's ongoing understanding that those pre-filled syringes will be appropriately labeled by the pharmacy to indicate what they are filled with, and that if diluted insulin is used it will be diluted by the pharmacy. Again, those are important safety considerations because if there were ever an issue or problem with the inadvertent administration of insulin to another child or staff, the District would need to know exactly what is in the syringes and that it was prepared under the supervision of a licensed pharmacist.

If you and I can work on these final pieces over the holidays and get the revised orders then we can schedule a 504 Team meeting right away upon the start of school in January. The current 504 contains quite a bit of language regarding the medical management and oversight provided by the school so it will need to be modified fairly extensively in order to be consistent with this understanding.

Sincerely,

/s/ Joan M. Andrews

Joan M. Andrews
*Counsel for Jordan School District*

Encl. (DMMO Mark-Up)

\* Final Report \*

**Utah Department of Health/Utah Office of Education**
**Licensed Independent Provider's (LIP)**
**Diabetes Medication/Management Orders**
In Accordance with Utah Code 53A-11-603 and 53A-11-604
PCH Outpatient Diabetes Program

> New statutory references:
> 53G-9-504 (administration of glucagon);
> 53G-9-506 (possession and self-administration of diabetes medication)

801-213-3599
Fax: 801-587-7539
Student Information
Patient First Name: K▇▇
Patient Last Name: W▇▇
Patient DOB: 03/03/2011
Type of DM: 1
Age at Dx: 17 months old

Name of School: Butterfield Canyon Elementary
School Fax:
For School Year: 2018-2019

**To Be Completed by LIP**
~~In accordance with these orders, an Individualized Health Care Plan (IHCP) must be developed by the School Nurse, Student, and Parent to be shared with appropriate school personnel, and cannot be shared with any individual outside of those public-education-employees-without parental consent.~~ As the student's LIP, I confirm Kraey has a diagnosis of diabetes mellitus and it is 'medically appropriate for the student to possess and self-administer diabetes medication and the student should be in possession of diabetes medications at all times' ~~(Utah Code 53A-11-603 and 53A-11-604, section 2).~~ Per my assessment, K▇▇ is capable to carbohydrate count meals and snacks for insulin adjustment, carry, and self-administer diabetes medication( prefilled insulin syringes) . ~~This student may participate in school activities with the following restrictions: Blood glucose is below 80 prior to PE/Recess.~~

> School will not be responsible for oversight.

**PROCEDURES**
**Emergency Glucagon Administration**
Immediately for severe hypoglycemia: unconscious, semi-conscious (unable to control airway), or seizing.
Glucagon Dose: 0.5 mg/0.5 ml Route: IM Possible side effects: Nausea and Vomiting

> I understand that the student's parent/guar has declined to autho nursing services and student will not recei services from, or oth be under the supervis a school nurse or oth school personnel as relates to the manag of student's diabetes.

**Blood Glucose Testing**
Target range for blood glucose (BG) is: 80-120
K▇▇ will independently check blood glucose as needed. (Before meals, prior to insulin correction, and before exercise). If BG is less than 80, he will treat himself.

> K▇▇ will independently assess participation in PE/Recess based on blood glucose and will not participate if blood glucose is below 80 prior to PE/Recess.

**Insulin Administration**
Insulin Type: Diluted Novolog (2:10 dilution, prefilled syringe)
Novolin R (Regular, prefilled syringe)
Route: Subcutaneous Possible side effects: Hypoglycemia

Lunch Dosing: 0.5 unit Diluted Novolog and 1 unit Novolin R before meal (prefilled syringes).

Correction Dose: Diluted Novolog (prefilled syringe)
Blood Glucose 120-130 (0.5 unit)
Blood Glucose 130-140 (1 unit)
Blood Glucose 140-150 (1.5 unit)

**Additional Orders:**

The Dexcom G6 is FDA approved for making treatment decisions. Correction doses of insulin for hyperglycemia, or the intake of carbohydrates for treating or preventing hypoglycemia can be determined based on the CGM. The "Urgent Low Soon Alert" signifies that a glucose of 55mg/dL will be reached within 20 minutes. The parent/guardian must sign below verifying they approve of use of the G6 at school.

_____ (Parent/Guardian Signature)

**TO BE COMPLETED BY PARENT OR GUARDIAN**

I understand that a school team, including parent or guardian, may make decisions about implementation and assistance in the school based on consideration of the above recommendations, available resources, and the student's level of self-management. I acknowledge that these orders signed by the LIP will be used by the school nurse, and shared with appropriate school staff, to develop and IHCP for my child's diabetes management at school.

Date:
Parent/Guardian Signature:
Best/Emergency contact information:
Name: Caly Watkins
Cell: 801-231-2855
Name: Wade Watkins
Cell: 801-450-3808
Name: Diane Ault
Cell: 801-694-5704

> I acknowledge that these orders signed by the LIP will be shared with appropriate school staff in order to verify that my child is capable of self-managing his diabetes at school and does not require school nursing services.

Signature Line

Electronically Signed on 11/21/18 12:40 PM

_____

MURRAY, MD, MARY A.

| | |
|---|---|
| **Result type:** | School Records |
| **Result date:** | November 21, 2018 12:25 MST |
| **Result status:** | Auth (Verified) |
| **Result title:** | Free Text Note |
| **Performed by:** | MURRAY, MD, MARY A. on November 21, 2018 12:37 MST |
| **Verified by:** | MURRAY, MD, MARY A. on November 21, 2018 12:40 MST |
| **Encounter info:** | 1216077479, PDBE_Diabetes, Clinic, 11/21/18 - |