NATE CRIPPES (Bar No. 14622)
Disability Law Center
205 North 400 West
Salt Lake City, Utah 84103
Phone: (801) 363-1347
Fax: (80 I) 363-1437
Email: ncrippes@disabiIitylawcentcr.org

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALY WATKINS, individually and as legal guardian of K.W., <br><br> Plaintiffs, <br><br> v. <br><br> JORDAN SCHOOL DISTRICT, et al., <br><br> Defendant. | **MOTION TO WITHDRAW** <br><br> Case No 2:19-cv-00407-JCB <br><br> Magistrate Judge Jared C. Bennett |

PLEASE TAKE NOTICE that as of November 20, 2020, Nicholas H.K. Jackson, hereby withdraws as an attorney for Plaintiffs, CALY WATKINS and K.W., in the above-captioned matter. Nate Crippes continues to represent Plaintiffs in this matter.

Dated this 20th day of November 2020.

DISABILITY LAW CENTER
/s/ Nate Crippes
Nate Crippes

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION TO WITHDRAW was electronically filed with the Clerk of Court on this 20th day of November, 2020, via the CM/ECF system, which sent notification of such filing to the following:

DARIN B. GOFF (11355)
DIANA F. BRADLEY (14603)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
E-mail: dgoff@agutah.gov
dbradley@agutah.gov

                                             *Jennifer Carver*
                                             Jennifer Carver
                                             Paralegal
                                             Disability Law Center