NATE CRIPPES (Bar No. 14622)
MICHELLE MARQUIS (Bar No. 16889)
Disability Law Center
205 North 400 West
Salt Lake City, Utah 84103
Phone: (801) 363-1347
Fax: (801) 363-1437
Email: ncrippes@disabiIitylawcentcr.org
mmarquis@disabilitylawcenter.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALY WATKINS, individually and as legal guardian of K.W., <br><br> Plaintiff, <br><br> v. <br><br> JORDAN SCHOOL DISTRICT, et al., <br><br> Defendant. | **NOTICE OF APPEARANCE** <br><br> Case No 2:19-cv-00407-JCB <br><br> Magistrate Judge Jared C. Bennett |

MICHELLE MARQUIS of the Disability Law Center hereby enters her appearance as counsel for the Plaintiff, Caly Watkins, as legal guardian of K.W., a minor child, in this matter. Pursuant to Fed. R. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action, should be directed to and served upon:

> Michelle Marquis (16889)
> mmarquis@disabilitylawcenter.org
> Disability Law Center
> 205 North 400 West
> Salt Lake City, UT 84103

DATED this 20th day of November 2020

*/s/ Michelle Marquis*

Michelle Marquis
Disability Law Center

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court on this 20th day of November, 2020, via the CM/ECF system, which sent notification of such filing to the following:

DARIN B. GOFF (11355)
DIANA F. BRADLEY (14603)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
E-mail: dgoff@agutah.gov
dbradley@agutah.gov

                                           *Jennifer Carver*
                                           Jennifer Carver
                                           Paralegal
                                           Disability Law Center