NATE CRIPPES (Bar No. 14622)
MARY ANNE DAVIES (Bar. No. 14965)
MICHELLE MARQUIS (Bar No. 16889)
Disability Law Center
205 North 400 West
Salt Lake City, Utah 84103
Phone: (801) 363-1347
Fax: (801) 363-1437
Email:  ncrippes@disabilitylawcenter.org
        mdavies@disabilitylawcenter.org
        mmarquis@disabilitylawcenter.org

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CALY WATKINS, individually and as legal guardian of K.W., <br><br> Plaintiffs, <br><br> v. <br><br> JORDAN SCHOOL DISTRICT; Jordan School District Board of Education; Bryce Dunford, in his official capacity as President of the Jordan School District Board of Education, <br><br> Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:19-cv-00407-JCB <br><br> Magistrate Judge Jared C. Bennett |

The Court, pursuant to the Stipulated Motion of the parties and for good cause appearing, hereby orders that this action be dismissed in its entirety with prejudice.

DATED November 10, 2021.

_____
Jared C. Bennett
U.S. Magistrate Judge